UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00157 |
| | ) Chief Judge Haynes |
| ROBBIE GANNON | ) |

AGREED ORDER SETTING AN EVIDENTIARY HEARING DATE

Pursuant to the Court's order of August 24, 2012 (D.E. 12), come the parties, through counsel, who have discussed agreeable evidentiary hearing dates in light of their previously set schedules and submit that agreeable hearing dates would be Monday, ~~June 10, at 10:00 a.m. or~~ Monday, June 17, at 10:00 a.m.

It is, therefore, **ORDERED** by the Court that this matter be set for evidentiary hearing on Monday, June 17, 2013 at 10:00 a.m.

WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

ATTEST:

/s/ Sumter L. Camp
Sumter L. Camp
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

By: /s/ Clay Lee w/permission
Clay Lee
Assistant United States Attorney for the
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203